IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DWIGHT BRADSHER POOLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:20CV321 |
| | ) | 1:97CR221-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On November 19, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed a motion requesting an extension of time to file objections, which was granted. Petitioner then filed his objections [Doc. #14] within the time limit permitted by the Court's order. The Court has reviewed Petitioner's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #10], which is affirmed and adopted.

IT IS THEREFORE ORDERED that the Government's Motion to Dismiss [1:20CV321, Doc. #5] is granted, that the Petition [1:20CV321, Doc. #1] is dismissed, and that, there being no substantial issue for appeal concerning the

denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability not issue.

This the 8th day of March, 2022.

/s/ N. Carlton Tilley, Jr.<br>Senior United States District Judge